**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PAUL M. SMITH, : | |
| : | Civ. A. No. 10-5723 (NLH)(AMD) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | **ORDER TO SHOW CAUSE** |
| JOHN A. KROESEN and : | |
| MARK COOLEY, et al., : | |
| Defendants. : | |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this  26th  day of November , 2013

ORDERED that, within 20 days of the date of this Order, plaintiff shall file a certification that properly avers, in accordance with the Court's Opinion, the citizenship of the parties. If plaintiff fails to do so, plaintiff's complaint will be dismissed for lack of subject matter jurisdiction.

At Camden, New Jersey

　s/ Noel L. Hillman　
NOEL L. HILLMAN, U.S.D.J.