**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PAUL M. SMITH,  :  <br> : <br> Plaintiff,  : <br> : <br> v.  : <br> : <br> JOHN A. KROESEN and  : <br> MARK COOLEY, et al.,  : <br> Defendants.  : | Civ. A. No. 10-5723 (NLH)(AMD) <br><br> **ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this __25th__ day of ____March____, 2014

ORDERED that defendant Mark Cooley's motion for summary judgment [34] is GRANTED; and it is further

ORDERED that, within 30 days of the date of this Order, plaintiff shall commence prosecution of his claims against defendant John A. Kroesen.  If plaintiff fails to do so, plaintiff's case will be closed for lack of prosecution.

At Camden, New Jersey

　　　　　　　　　　　　　　　　　　　S/ Noel L. Hillman
　　　　　　　　　　　　　　　　　　　NOEL L. HILLMAN, U.S.D.J.