UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL M. SMITH, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>JOHN A. KROESEN and :<br>MARK COOLEY, et al., :<br>Defendants. : | Civ. A. No. 10-5723 (NLH)(AMD)<br><br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this   23rd   day of   October  , 2014

ORDERED that plaintiff's motion for default judgment against defendant John A. Kroesen [42] is DENIED; and it is further

ORDERED that, within 30 days of the date of this Order, plaintiff shall file and serve a second amended complaint on Kroesen; if plaintiff chooses not to do so, plaintiff's claims against Kroesen will be dismissed, and the matter will be closed.

At Camden, New Jersey

  s/ Noel L. Hillman  
NOEL L. HILLMAN, U.S.D.J.