UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PAUL M. SMITH,

        Plaintiff,

        v.

JOHN A. KROESEN and
MARK COOLEY, et al.,

        Defendants.

Civ. A. No. 10-5723 (NLH)(AMD)

**ORDER**

    For the reasons expressed in the Court's Opinion filed today,

    IT IS on this  18th  day of  August , 2015

    ORDERED that plaintiff's motion for default judgment against defendant John A. Kroesen [52] be, and the same hereby is, GRANTED; and it is further

    ORDERED that, within 30 days of the date of this Order, plaintiff shall file a supplemental certification in support of damages.

At Camden, New Jersey

                                s/ Noel L. Hillman
                                NOEL L. HILLMAN, U.S.D.J.